Argued and submitted March 4, reversed April 1, 2009

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## DANNY JOE DAY, JR.,
*Defendant-Appellant.*

Washington County Circuit Court
C061247CR; A135041

205 P3d 74

Garrett A. Richardson argued the cause for appellant. With him on the brief was Multnomah Defenders, Inc.

Karla H. Ferrall, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

Reversed. *State v. Mack*, 219 Or App 119, 183 P3d 191, *rev den*, 345 Or 301 (2008).